Form B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
**District of South Carolina**

In re:    Willie C. Mattress Jr.                          Case No:    15-05858-hb

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trustee National Association, as Trustee of the IGSC Series II Trust | Christiana Trust, a Division of Wilmington Savings |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notice to
transferee should be sent:
  **C/O SN Servicing Corp.**
  **323 5th Street**
  **Eureka, CA 95501**

Court Claim # (If known)    2-1

Amount of Claim    $115,412.96

Date Claim Filed    November 30, 2015

Phone:    1-800-603-0836
Last Four Digits of Acct #:    2829

Phone:
Last Four Digits of Acct #:    8335

Name and Address where transferee
payments should be sent (if different from
above):


Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:  /s/ John B. Kelchner                          Date:  February 21, 2017
John B. Kelchner (ID# 6987)
Attorney/Agents for U.S. Bank Trustee National
Association, as Trustee of the IGSC Series II
Trust

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

Firm Case No:  1206384 (BK.CAE)